Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

# TABLE OF CONTENT

CIVIL RIGHTS COMPLAINT — 3

CAUSE OF ACTION I — 10

CAUSE OF ACTION II — 14

CAUSE OF ACTION III — 18

CO-CONSPIRATAOR MORRIS AP&P — 26

CO-CONSPIRITAOR BLANCHARD AP&P — 29

CO-CONSPIRITAOR SCHULTZ W.C.S.O. — 32

INJURY — 35

REQUEST FOR RELIEF — 38

GRIEVANCES I II III P.S.I. — 41

ADDENDUM 1 — 45

ADDENDUM 2 — 53