Case: 4:22–cv–00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

SUPPLEMENTRY PAGES
C. CAUSE OF ACTION
   COUNT I

11

Supplementry Page

C. Cause of Action

COUNT I :

Violation of my Right to Due Process

When I submitted my PSI Application I also submitted a 35 page document addressed to the Judge. Within the above mentioned document was a rather Lengthy "Defendants Statement" supplementry pages if you will, address to the Judge and the General Public.

The PSI original Application had only a few line in which to answer five questions. If you review the original application you will see only a few lines in this portion. I answered the five questions as best I could on this limited space.

AP&P PSI writer Agent Schilling, used this portion of the application aginst me not even metioning so much as a single word about the 35 page document in which I made this long statement as to what happened as I understood the shooting.

I wrote this 35 page statement not only for the Judge but I wrote it for all involved, from the state Prosicutors to law enforcement, so that everone involved could get atleast a little closure to this shooting.

12

I MENT IT FOR THE LAW ENFORCEMENT OFFICERS WHO FIRED THEIR SERVICE WEAPONS, SO PERHAPS THEY MIGHT GET SOME CLOSURE IN THIS MATTER AS I'M SURE FIRING A GUN AT A MAN IS IN AND OF ITSELF A LIFE CHANGING EVENT.

WHEN AGENT SCHILLING DID NOT FORWARD OR EVEN MENTION THIS DOCUMENT SHE NOT ONLY HARMED ME BUT SHE HARMED ALL THE PEOPLE INVOLVED IN THE SHOOTING AS I'M QUITE SURE THEY WOULD WANT TO HEAR MY STATEMENT.

INSTED SHE LEFT EVERYONE IN THE DARK BY NOT EVEN MENTIONING THE FACT I MADE A WRITEN STATEMENT PERTAINING TO THE SHOOTING.

A SAD FACT INDEED.

MEDICAL RECORDS: PSI WRITER AGENT SCHILLING DID NOT EVEN MENTION THE FACT THAT I WAS SHOT 19 TIME, BOTH RELIABLE AND REVELENT TO MY PSI.

SHE STATES IN HER PSI:

" HE (ME) WAS TRANSPORTED TO A NEARBY HOSPITAL WHERE HE WAS TREATED FOR MULTIPLE GUNSHOT WOUNDS."

AND THAT WAS ALL SHE WROTE IN REGUARDS TO 19 GUNSHOT WOUNDS

13

AS TO THE CD FULL OF MEDICAL & CRIMESCENE PHOTOS, AGAIN, BOTH RELIABLE AND REVELENT TO MY CASE JUST VANISHED. NOT SOMUCH AS A single word About THESE PHOTOS, NOTHING.

AGENT Schilling VIOLATED MY RIGHT TO DUE Process by Writing A Bias and one sided PSI, WHAT SHE DID TO ME IS TOTALLY WRONG and Should be looked AT CLOSELY.

THESE DOCUMENTS Should HAVE BEEN included within my PSI And or Forwarded to THE Judge so THAT ALL INVOLVED IN THIS CASE Could HAVE Read for THEMSELFS About my Side OF WHAT HAPPENED THE Night of AUGUST 29TH 2021.

IM Sure THERE ARE A GREAT NUMBER OF PEOPLE WHO Still WANT TO KNOW my Side OF THE Story.

I WOULD ASK THE Judge And or Jury TO TAKE A Close Look AT THESE DOCUMENTS And SEE IF AGENT Schilling VIOLATED MY Right TO DUE Process.

ALVIE J, GROVER