Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

SUPPLEMNTRY PAGE
C. CAUSE OF ACTION
COUNT II

15

Supplementary Page

C. Cause of Action

COUNT II:

Conflict of Interest (Bias)

When AP&P Agent Schilling wrote the PSI in question concerning the shooting of a Washington County Sheriff's Office W.C.S.O K-9 she herself was a W.C.S.O. Deputy employed as a Correctional Officer (C.O.).

Schilling as an AP&P Agent, was in direct conflict with her employment with the W.C.S.O, wherein the K-9 Tess who had been shot was also a member.

It would be egregious to have an officer in the same law enforcement department where another officer was shot to prepare a PSI Report for the Shooter and be expected to write anything favorable to the Shooter in such report so as to properly inform the trial court for sentencing.

An AP&P Agent is committed to helping offenders, whereas W.C.S.O. Deputys have no such commitments.

AP&P/WCSO Agent/Deputy Schilling's conflict undermined the evaluative summary part of the PSI. Furthermore Schillings conflict caused her to exclude the information I requested to be included in my PSI (the missing 35 page statement).

16

WITHOUT THE 35 PAGE SUPPLEMENTARY STATEMENT THE SHORT STATEMENT FOUND WITHIN THE PSI APPLICATION AND PUBLISHED IN MY PSI WAS TAKEN OUT OF CONTEXT.

LASTLY, WHEN WCSO DEPUTY CAME TO MY CELL DOOR IN A BLOCK, A LEVEL ONE LOCK DOWN UNIT, SHE DID SO UNDER THE COLORS OF A W.C.S.O. DEPUTY. INASMUCH, AS NO ONE IS ALLOWED TO GO INTO A LOCK-DOWN UNIT EXCEPT FOR A EMPLOYE OF THE W.C.S.O..

NO ONE, NOT A JUDGE, ATTORNEY, POLICE DEPARTMENT EMPLOYEE, DETECTIVE, NO ONE EXCEPT A CERTIFIED CORRECTIONAL OFFICER EMPLOYED BY W.C.S.O. IS ALLOWED TO GO INTO A LOCK DOWN, LEVEL ONE, HOUSING UNIT AND INTERVIEW AN INMATE FOR ANY REASON.

THEREFORE WHEN AP&P AGENT Schilling CAME TO MY CELL DOOR TO INTERVIEW ME SHE DID SO UNDER THE COLORS OF A W.C.S.O. DEPUTY WITH CURRENT CERTIFICATION AND EMPLOYMENT STATUS. THIS IS THE ONLY WAY SHE WAS ALLOWED TO FREELY ENTER AND EXIT ANY INMATE HOUSING UNIT.

NOTE: I HEARD SHE CAME TO INTERVIEW ME THROUGH MY CELL DOOR DUE TO THE FACT THAT MY LEGS ARE ALL SHOT UP AND SHE THOUGHT I COULD NOT WALK TO THE PSI INTERVIEW ROOM WHERE PEOPLE WITH THE STATE AND OR LAW ENFORCEMENT CONDUCT THEIR INTERVIEWS. THIS IS A COVER-UP AND AFTER THE FACT JUSTIFICATION. I WALKED

17

BACK AND FORTH FROM MEDICAL AND COURT ALL THE TIME. I WALKED BACK AND FORTH FROM BOOKING ALL THE TIME AND THAT IS WERE THE PURGATORY CORRECTIONAL FACILITY INTERVIEW ROOM IS.

THEREFORE, WHEN DEPUTY SCHILLING CAME TO MY CELL DOOR SHE DID SO WITH HER EMPLOYMENT STATUS AND CORRECTIONAL CRIDINTIALS AS A W.C.S.O. DEPUTY.

IN ENDING I WOULD SAY TO THIS COURT THAT A W.C.S.O. DEPUTY WROTE A BIAS PSI TO THE COURT IN REGUARDS TO AN INJURED W.C.S.O. K-9., AN. A TOTALLY EGREGIOUS ACT.

I ALSO HEAR THAT THERE IS A W.C.S.O. PHOTO IN WHICH ALL THE W.C.S.O. DEPUTIES APPEAR IN WITH DEPUTY SCHILLING AND THE K-9 TESS APPEAR IN.

WORTH LOOKING INTO....