Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

Supplementry Page
C. Cause of Action
Count III

19

Supplementary Page
C. Cause of Action
COUNT III (a):

Setting the stage for my
PSI Interview with Deputy Schilling.

In August of 2019, two years (24 months) after being shot 19 times by Police I was still being housed in Purgatory Correctional facility working out the exact specifics of my case No. 175016I8.

Sometime around the anniversary of being shot 19 times I went crazy. My legs hurt constantly and the Medical Department at Purgatory Correctional facility was treating the pain in my legs with Psychotropic medication. That did very little for the pain.

I started acting out due to the pain in my legs and the fists full of psych meds. I felt like staff (Washington County Sheriff's Deputys) where miss-treating me.

They put me in A-Block, a level one lockdown Housing unit due to my behavior where I would stay for five months until such time as I until such time that I would be transfer out of their facility.

Deputy Schilling writes in the P.S.I. in question

20

"THE DEFENDENT CONTINUES TO DISPLAY A POOR ATTITUDE IN GENERAL, AND EXTREMELY POOR ATTITUDE TOWARDS AUTHORITY FIGURES, SPECIFICALLY LAW ENFORCEMENT OFFICERS."

THE "LAW ENFORCEMENT OFFICERS" TO WHOM SHE IS REFERING TO WHERE W.C.S.O. CORRECTIONAL OFFICERS TO WHOM HAD WRITEN DISIPLINARY REPORTS AGINST ME FOR A VERIETY OF RULE VIOLATIONS.

THESE SAME CORRECTIONAL OFFICERS WERE DEPUTY Schillings CO-WORKERS (HER WORK FAMILY). SO WHEN IT CAME TIME FOR ME TO GET A PSI WRITEN THESE SAME CORRECTIONAL OFFICERS I WAS HAVING PROBLEMS WITH WOULD "SIC" DEPUTY Schilling ON ME, WHICH WAS TOTALLY UNFAIR.

SO IN SHORT WHEN DEPUTY Schilling CAME TO MY CELL DOOR SHE DID SO KNOWING FULL WELL OF THE CONFLICT I WAS HAVING WITH A FEW OF HER CO-WORKERS, AND SHE CAME TO MY CELL HELL BENT AND INSINTLY STARTED IN ON ME ABOUT MY BEHAVIOR.

AS A W.C.S.O. DEPUTY WORKING AS A C.O. AT PURGATORY CORRECTIONAL FACILITY SHE HAD ACCESS TO GO TO AND FROM THE CONTROL ROOM WHEREIN STAFF WOULD CONDUCT DAILY OPPERATIONS. AS A CO-WORKER SHE WOULD HAVE LISTENED TO ALL THE COMPLAINTS OF CERTIN STAFF I WAS HAVING PROBLEMS WITH AND THEREFORE ENTERED INTO THE PSI WITH PRECONCIEVED NOTIONS ABOUT HOW SHE WAS GOING TO ADDRESS ME.

21

Supplementary Page
C. Cause of Action

### Count III (b):
Misconduct / Unprofessional Behavior

W.C.S.O. Deputy Schilling came to my cell door while I was being housed in a Level One, Lock Down Housing Unit. She told me that she was there to conduct my P.S.I. Interview as I had already submitted my P.S.I. application to AP&P some four or so weeks earlier.

She insintly started in on me, she stated that she was on duty the night that K-9, Tess, was shot and that she had went to the Vet's office and sit with all the other Law Enforcement Officer who where there.

At some point I told her that I felt that I should not be sent to prison due to the fact that the police had fired almost 80 rounds into the truck while me and K-9 Tess where both in the truck and that I had been shot 19 time, and that the pain I had endured and the fact that my legs were all shot to pieces should be punishment enough.

She state that I had caused this Huge "Conundrum" an that I deserved to be shot. At this point the whole of the P.S.I. Interview was nothing short of a full blown

Argument.

She writes in her P.S.I.:

"Officers observed Tess jump inside the vehicle at which time they heard a gunshot and Tess yelp. Tess made her way to the back of the suspect's vehicle as multiple officers engaged in firing their service weapons at the vehicle with the defendant inside."

This statement could not be further from the truth. When you watch any one of 12 police cam videos you will see the K-9 Tess jump into the drivers side door - fall out - jump back in - the door slams shut followed by about 15 seconds of gun fire. Their is a "Lull" in the shooting followed by one last "late" round. It was then that K-9 Tess started "screaming" and jumped out of the drivers side window and made her way to the back of the truck.

She writes in her PSI:

"... He (the owner Charlie, of the stolen truck) informed them (the police) a man (me) had just punched him in the face and stolen his widex truck."

Again I told he I never punch anyone in the face.

23

and the whole of the infraction of the truck being stolen is caught on a video camera. I would invite the court to watch this video.

I told her I never punch anyone, but she took no time to even check.

She stated in her P.S.I.:

"... I was aware he had a lengthy and serious criminal history and would likely score in the imprisonment category."

Deputy Schilling came to the hospital for a 12 hour shift for W.C.S.O. to guard over me as I was under guard while I was in the hospital. She was dressed in a full W.C.S.O. deputy uniform and she was armed with a .45 cal side-arm. While she was guarding over me she ask me a large number of question regaurding my criminal history. In short she was already starting to compile P.S.I. related information from me.

In truth, I had a better P.S.I. interview with her at the hospital while she was guarding over me in her W.C.S.O uniform than I did through my cell door in lock down. At least then she did not attact me like she did through my cell door at the P.S.I. interview. At least she wasnt yelling at me in that encounter unlike the P.S.I. interview.

24

On page one of my PSI (cover sheet) you will see under OFFENCE:

    THEFT OF A FIREARM OR OPERABLE VEHICLE,

and

    CAUSE INJURY / DEATH TO POLICE SERVICE ANIMAL.

These legal phrases are all through the PSI she wrote. These "OFFENCE DISCRIPTIONS" are totally wrong and ment to cause the most damage as possible. And in truth has caused me a great deal of damage from the B.O.P.P. and numerous case workers over and over, again and again.

I pled guilty to:

    THEFT OF PROPERTY (OPERABLE MOTOR VEHICLE),

and

    INJURING OR INTERFERING WITH A POLICE SERVICE ANIMAL.

INFACT W.C.S.O. Deputy Schilling writes in her PSI:

"The Defendent referred to the current offence of; Cause Bodily Injury or Death of a Police Service Animal, as a property crime..."

You can see here how she slaves the fact that I plead guilty to THEFT OF PROPERTY and totally twist the truth to make me

25

Look as callous as possible to whom ever reads her PSI written to do as much damage to me to as many people who read it, over and over again.

In ending, Deputy Schilling had no right to come to my cell in lock-down and tell me that I deserved to be shot by Police - arguing and talking down to me all the while.

What she did to me was unprofessional and just down right mean.

I would ask the Judge &/or Jury to take a close look at the discrepencies outlined in this Complaint, watch the videos, look at the D.O.C.'s Level III Grievance, her work disciplinary record and the tone in which the in question PSI was written and find her guilty of misconduct and unprofessional behavior.

Alvie J. Grover

*Alvie G Grover*