```
Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling
```

# Supplemental Page
## C. Cause of Action
### Defendent R. Morris (AP&P)
### Co-Conspirator

27

Supplemental Page

C. Cause of Action

Defendent R. Morris

Co-Conspirator

AP&P Agent Richard G. Morris entered into this civil suit when he knowingly signed off on the PSI knowing and being fully aware of the fact that Agent Schilling was an employee of the Washington County Sheriff's Office. And that the abovementioned PSI was concerning the injuries of the W.C.S.O. K-9 Tess.

Agent Morris also should have been aware of the missing CD and 35 page supplementary statement that was not even mentioned in the PSI. Reliable and revelent documents.

If he was not aware of the missing 35 missing supplementary statement and CD full of pictures, he should tell this court that Deputy Schilling withheld the abovementioned documents from him and that while he is still responsible for signing off on a PSI that could be questioned as bias by a court of law.

Also, I wrote Agent Morris a letter telling him that Agent Schilling told me during the PSI interview that I deserved to be shot and that I wanted to file

28

A FORMAL GRIEVANCE ABOUT THIS MATTER.

THE LETTER AND REQUEST FOR A FORMAL GRIEVANCE WENT UNANSWERED THE LETTER AND HIS LACK OF RESPONSE CAN BE FOUND IN THE D.O.C. RECORDS DEPARTMENT UNDER AP&P.

NOT ONLY DID AGENT MORRIS SIGN OFF A BIAS PSI BUT HE HELP IN COVERING UP THE FACTS IN THIS CASE.

THEREFORE I ASK THE COURT TO ADD AGENT MORRIS AS A CO-CONSPIRATER IN THIS CASE.