Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

Supplemental Page
C. Cause of Action
Defendent D. Blanchard (AP&P)
Co-Conspirator

30

Supplemental Page
C. Cause of Action

Defendent D. Blanchard
Co-Conspirator

Agent Dan Blanchard is the Division Director who signed off on a Level II Grievance in regards to Agent Schilling, writing a Bias PSI and making an unprofessional comment in regards to I diserved to be shot.

In Agent Blanchards responce he stated something to the effect that AP&P agents are allowed to have employment outside the agency and he was of the oppinion that it was pefectly exceptable for a W.C.S.O. Deputy to write a PSI about a fellow W.C.S.O. Deputy who had been injured.

At Level III. the D.O.C. said that AP&P was wrong, and found for me, inasmuch as they found that Agent Schilling had acted unprofessional.

Agent Blanchard answer to my Level II Grievance against Agent Schilling is a perfect example of "The Blue Wall" wherein one law enforcement officer finds in favior of another officer knowing full well that she was wrong.

Agent Blanchard helped in trying to cover-up the facts

31

IN THIS CASE.

THEREFORE, I ASK THE COURT TO READ AGENT BLANCHARDS LEVEL II AP&P GRIEVANCE AND NAME HIM AS A CO-CONSPIRATOR IN THIS CASE.