Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

SUPPLEMENTAL PAGE
C. CAUSE OF ACTION
DEFENDENT J. SCHULTZ (W.G.S.O.)
CO-CONSPIRATOR

33

Supplemental Page

C, Cause of Action

Defendent J. Schultz (W.C.S.O.)
Co-Conspintor

Chief J. Scholz (W.C.S.O.) was the head over Purgatory Correctional Facility when Deputy Schilling came to my cell door to interview me.

Chief J. Schultz (W.C.S.O.) was also the head of the same department over Deputy Schilling at the time of the incident. He was also aware of the fact that Deputy Schilling was a PSI writer / investigator at the time of my incarceration at Purgatory Correctional Facility awaiting sentencing on the matter of a W.C.S.O. K-9 being injured.

Chief Schultz allowed Deputy Schilling full run of the jail due to the fact that she was an employed as a correctional officer and had the proper training and certification. Therefore he allowed her full access to inmate housing.

Also, Chief Schultz was aware of my behavior and struggles with some of the staff at the time of my PSI interview. Chief Schultz would have known that Deputy Schilling's PSI would be of question as to bias as he was

34

Head over her Department and knows of her coming and goings.

Futhermore, I wrote a letter to WCSO Internal Affairs Department and filed a Formal Complaint against her. Months later In Mid 2021 HE wrote me a correspondance stating that I could not write a Formal Complaint against Deputy Schilling Due to the Fact that I was an Inmate, I needed to file a Grievance which was Months after the Fact.

Chief Schults Help in the cover up by not letting me File a Formal Complaint against Deputy Schilling and only Help Illustrate "THE BLUE WALL".

I Respectfully ask the Court to Name Chief Schultz as a Co-Conspiritor in this matter.

He could have stopped this from Happening as it was his Job to oversee the Daily Activites of Purgatory Correctional Facility - It was his Job to know who comes and goes And who is allowed to enter into Level one - Lock Down Housing. He should have stopped Schilling from interviewing me through my cell door.

Therefore He is a Co-Conspiritor in this Complaint.