Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

SUPPLEMENTRY PAGES
D. INJURY

36

## Supplementary Page
## D. INJURY

I feel that I have been injured by Agent Schilling's PSI in a number of ways. Firstly this PSI is what the Utah State Board of Pardons and Parole (B.O.P.P.) the Department of Corrections (D.O.C.) and Adult Probation and Parole (AP&P) use to hold me accountable for and that it reflects the truth about the facts of of this case.

But most of the facts in the "Summary of Offence" are totally wrong and untrue. In the "Defendants Statement" Agent Schilling left out a 35 page statement I made as to what happened and how I feel about the crime is totally misleading without the 35 supplementary pages that she left out. In the "Criminal History" portion she has me down for a 12-29-1980 Robber charge that never happened. Furthermore is even mentioned the Robbery I never commited elsewhere in the PSI. In the "Investigator Comment" portion she did the most injury by stating that I was a threat to law enforcement, a statement that could get me killed by the police and or any other law enforcement agencies. To this day AP&P treats me as if I shot and killed a police K-9.

I had to go to the Parole Board with this PSI where I had to agree with all of what she wrote as truth, even punching the victim in the face even though I told her the whole incident was on video and she could watch it her self.

37

I had to talk to a great number of caseworkers - shift leaders - parole agents - attorneys and any others who might read this PSI. Due to the fact that this PSI is what the BOPP, D.O.C. & AP&P use when they fill out other forms that they use within the system as the PSI is the mother document as to why I am in the system.

In short, this PSI has caused me great injury. Far to great for you to understand due to the fact that you have never been in the system as an inmate who would atest to just how much weight the system puts on this document and just how frequently it is used.

Then there is the psych side of the effect of a faulty PSI and the psychosomatic effect when you try to equate the P.T.S.D. element into the equation. I have PTSD as a result of being shot 19 times by police and then having to under go an interview with a deputy sheriff who was in the same department as the K-9 I was accused of shooting, who would scream and yell at me, not to mention belittle me in a totally unprofessional manor.

The whole of the PSI ordeal has effected me in the most horrable manor. I'm going to a psychiatrist (Dr. Eliason MD) and PTSD groups trying to find an cure for this injury. AP&P could retaliate at any moment between now until I exsperate this sentence. I feel like I'm in danger all the time because of her PSI.