Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

SUPPLEMENTRY PAGES

F. REQUEST FOR RELIEF

39

Supplementary Page

F. REQUEST FOR RELIEF

AP&P used a W.C.S.O. Deputy to write a PSI on me in regaurds to a W.C.S.O. K-9 Tess who had been injured in a critical incident.

The abovemented fact is egregious to say the least. This should never have happened and could have been avoided, first by WCSO Chief Schultz and secondly by AP&P Supervisor Morris, whom both knew of the fact that AP&P writer S. Schilling was a W.C.S.O. Deputy.

I am therefore asking this Court (Judge and or Jury) to award me damages in the form of moneys to help cover the cost of PTSD Therapy and medication and for lost wages due to my psychological issues after having to endure the hardship of this whole experience. Plus the $402.00 filing cost and any attorney fees that might be associated with this complaint.

The whole purpose of a Civil Rights Law Suit is that it never happens again. This is the exact remitie I am seeking. The only way to create change is to give them just reson to want to make changes within their systems. Please fine them to the fullest.

This is a case of the Blue Wall, a justification for not only in

W.G.S.O. part in firing almost 80 rounds in the backyard of a small Southern Utah town but also the fact that the W.G.S.O. K-9 was inside the cab of the stolen truck the whole time the police where firing their service wepons. A fact within this suit that the Judge and or Jury will plainly see for themselfs.

Also, I am on medication and seeing psych Doctors and Mental Health care Providers for P.T.S.D. a life long condition. The truth is, I may never get over what Sierra Schilling did to me and if I do I will be a long time coming with hours and hours of Indivigual and group therapy the cost of which will surely be in the tens of thousands of dollars in lost jobs and hours spent spent in therapy and money out of pocket for medication and payments made to therapast.

Therefore, I really ask the courts to help me in Preventing this from ever happening to any one ever again, and help me in future setting wherein my PSI is in question by the B.O.P.P., D.O.C. and AP&P and any Law Enforcement agencies.

I would plead with this court to please make changes to my PSI that reflect the truth and allow my 35 page statement to be reflected in my PSI. Some of the law enforcement officers who actually shot me have the right to know I made a statement in this case that was intended for them, to which she left out.