Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

GRIEVANCES

LEVEL I AP&P
LEVEL II AP&P
LEVEL III DOC
PSI 01·21·20

GRIEVANCES.

RECORDS WILL SHOW THAT I FILED AN AP&P GRIEVANCE LEVEL I; AP&P GRIEVANCE II; DOC GRIEVANCE LEVEL III.

I WAS TOLD THAT I DID NOT HAVE TO SUBMIT MY GRIEVANCE IN MY COMPLAINT DUE TO THE FACT THAT THEY ARE ON RECORD FOR ALL WHO ARE INTERESTED.

THERE IS ALSO A LARGE NUMBER OF CORRESPONDENCE WITH AP&P GRIEVANCE COORDINATOR MRS. JACKIE PINO THAT I WILL SUBMIT TO THE COURT AND ALL WHO ARE INTERESTED.

THERE IS A TWO PAGE LETTER TO AP&P SUPERVISOR RICHARD MORRIS CONCERNING THIS MATTER THAT CAN BE FOUND IN THE D.O.C. RECORDS DEPARTMENT.

I FILED A FORMAL COMPLAINT AGAINST WCSO DEPUTY SCHILLING TO W.C.S.O. INTERNAL AFFAIRES DEPARTMENT ANSWERED BY W.C.S.O. CHIEF SCHULTZ THAT SHOULD BE ON RECORD AT THE W.C.S.O. RECORDS DEPARTMENT.

I FILED A COMPLAINT WITH THE ATTORNEY GENERAL'S OFFICE IN REGUARDS TO DEPUTY SCHILLING WHICH

SHOULD BE IN THEIR RECORDS DEPARTMENT.

AND FINALLY THE P.S.I. AND THE ORIGINAL PSI APPLICATION I FILLED OUT ALONG WITH THE 35 SUPPLEMENTAL PAGES AND MEDICAL DOCUMENTS. THERE IS ALSO A CD FULL OF PICTURES THAT SHOULD HAVE BEEN FORWARDED TO THE COURT BUT NEVER WAS.

THEN THERE WILL BE ALL THE DOCUMENTATION AND BRIEFS FILED BY MY ATTORNEY, NICK TURNER, IN THE UTAH COURT OF APPEALS IN CASE NO 20190357 WHICH IS STILL IN DELIBERATION WHICH DEALS WITH MANY OF THE SAME ISSUES OUTLINED IN THIS COMPLAINT.

THEN THERE WILL BE A FEW WITNESS'ES AND OR AFFIDAVITS CONCERNING MRS SCHILLING CHARACTER SO THAT THE COURT MIGHT ASCERTAIN THE LIKELYHOOD OF HER MAKING A STATEMENT TO THE EFFECT THAT I DESERVED TO BE SHOT BY POLICE 19 TIMES.

ALL THESE DOCUMENTS CAN BE AUTHENTICATED AND REVIEWED BY ANYONE WHO MIGHT BE INTERESTED IN THIS COMPLAINT.

THEY WILL BE OUTLINE AND SUBMITTED TO THE

COURT BY ME WITHIN 60 DAYS OF THE FILING OF THIS COMPLAINT BY THE PLAINTIFF ALVIE J. GROVER, WHO IS FILING THIS COMPLAINT IN GOOD FAITH WITHOUT THE DOCUMENTS OUTLINED IN THIS SECTION.

BUT BE IT KNOWN TO ALL THAT THESE RECORDS A AVAILABLE TO ALL THROUGH THE UTAH STATE GRAMA RECORDS REQUEST.

SHOULD ANY OTHER RECORD COME TO LIGHT CONCERNING THIS COMPLAINT NOT LISTED HEREIN THIS SECTION THE PLAINTIFF WILL MAKE ALL AWEAR OF THEIR EXISTANCE.

AND LASTLY MOST RECORDS CAN BE CONFERMED BY THE PRISONER LITIGATION UNIT AS PART OF THE UNITED STATES COURT.

THE ABOVEMENTIONED GROUP WILL ATTEST TO THE FACT THE ALL THE PROPER STEPS HAVE BEEN TAKEN BEFORE THE FILING OF THIS COMPLAINT IN MY QUEST TO GET MY PSI TO REFLECT THE TRUTH AND EXPOSE ANY MISCONDUCT OUTLINED IN THIS COMPLAINT.

NOTE: AND A LETTER TO 5TH DISTRICT COURT CONTESTING MY PSI DATED JAN 21st 2020, THE FIRST TIME I SAW AND READ THE PSI IN QUESTION.