Case: 4:22-cv-00004
Assigned To : Nuffer, David
Assign. Date : 1/18/2022
Description: Grover v. Schilling

# ADDENDUM 2
# FEAR OF RETALIATION

NOTE TO THE COURT & DEFENDANT (AP&P)

TOPIC: RETALIATION

I AM AN INMATE BEING HOUSED IN A D.O.C. HALFWAY HOUSE OPPERATED BY AP&P.

Filing this complaint with the court comes with a bit of of a risk. The defendant in this complaint is as well known as is this issues raised within this complaint.

AP&P AGENT Schilling is well known within the AP&P family, as is my grievances and appeal in case No 20190357 and this federal complaint.

Retaliation of one sort or another is just a way of life for me wherein I live in a halfway house being controled by the same agency as mentioned within this complaint.

With personalities such as AP&P ACTC Agent Young, and ACTC Agent D. Apple (MY KEEPERS) Retaliation in one form or another is not only a real likelihood, I feel it is a daily reality.

NOTE: SEE AP&P GRIEVANCE GR21-032/#990911910.

I'm far to invested in this travisty of justice to stop now, nore would I. But still, retaliation is risk I have to take.

I would simply ask the top administration of AP&P to help me in this matter by keeping an eye on me and my medical quest, all of which are civil rights given to me by this great country of ours.

If you have any question in regards to any civil rights issues that may arise please feel free to contact Agent Jackie Pino of AP&P's Grievance Coordinator.

Atherton Community Treatment Center seem to think my basic civil rights to medical and or legal work are none existance. I would therefore ask the D.O.C. administration to keep my concerns as they pertain to my civil rights wherein my medical and legal civil rights might come into question in mind as retaliation comes in many different colors and shades of gray.

Alvie J. Grover
Atherton Community Treatment Center